■ BERNARD WINKLER et al., Respondents, v ALLVEND INDUSTRIES, INC., et al., Defendants and LEONARD WEISS, Appellant.—Appeal by the defendant Leonard Weiss from an order of the Supreme Court, Nassau County (Levitt, J.), entered August 6, 1990.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Levitt at the Supreme Court. O'Brien, J. P., Copertino, Pizzuto and Santucci, JJ., concur.